MORGAN, LEWIS & BOCKIUS LLP
Molly Moriarty Lane, Bar No. 149206
Benjamin P. Smith, Bar No. 197551
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000; Fax: +1.415.442.1001
molly.lane@morganlewis.com
benjamin.smith@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
Megan A. Suehiro, Bar No. 316104
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500; Fax: +1.213.612.2501
david.schrader@morganlewis.com
megan.suehiro@morganlewis.com

Attorneys for Defendant
CHART INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LAWRENCE AND SHERLENE WONG,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CHART INC., PRELUDE FERTILITY, INC., and DOES 1 to 10,<br><br>　　　　　Defendants. | Case No. 4:19-cv-01342-JSW<br><br>**[PROPOSED] ORDER GRANTING CHART INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY THE COMPLAINT**<br><br>Date:　　May 31, 2019<br>Time:　　9:00 a.m.<br>Judge:　　Hon. Jeffrey S. White<br>Place:　　Courtroom 5<br><br>Complaint Filed: January 17, 2019 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING CHART INC.'S
MOT. TO DISMISS OR, IN THE ALT., TO STAY
CASE NO. 4:19-cv-01342-JSW

On April 19, 2019, Defendant Chart Inc. ("Chart") filed a Motion to Dismiss or, in the Alternative, to Stay the instant action filed by Plaintiffs Lawrence and Sherlene Wong (the "Motion"). ~~The Motion came on for hearing on May 31, 2019, at 9:00 a.m., before the Honorable Jeffrey S. White, U.S. District Court Judge, in the above-entitled Court, located at 1301 Clay Street, Courtroom 5, Oakland, CA 94612. Appearances are per the record~~.

The Court, having considered all papers filed in support of and in opposition to the Motion, and arguments of counsel, and with good cause appearing therefor, hereby **GRANTS** Chart's Motion to stay this action pursuant to the first-to-file rule because substantially similar issues are being litigated in the earlier filed action titled *In re Pacific Fertility Center Litigation*, Case No. 3:18-cv-01586-JSC (N.D. Cal. filed March 13, 2018) (the "Consolidated Action").

This action is ~~dismissed.~~ stayed pending resolution of the first-filed action. See, e.g., Alltrade, Inc. v. Uniweld Products, Inc., 946 F.2d 622, 623 (9th Cir. 1991). The parties shall update the Court by joint submission within five court days of resolution of the Consolidated Action, or every 120 days, if sooner. IT IS SO ORDERED.

Dated: May 29, 2019                    By: _____/s/ Jeffrey S. White_____
                                            Honorable Jeffrey S. White